01

02

03

04                          UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
05                                  AT SEATTLE

06   UNITED STATES OF AMERICA,            )    CASE NO.  CR04-570-MAT
                                          )
07          Plaintiff,                    )
                                          )
08          v.                            )    ORDER DENYING MOTION FOR
                                          )    REVIEW OF DETENTION ORDER
09   VERNON LEON MAXWELL,                 )
                                          )
10          Defendant.                    )
     _____ )

11

12          This matter comes before the Court on Defendant's "Emergency Motion and

13   Memorandum for Review of Detention Order". (Dkt. 42.) In his motion, defendant Vernon Leon

14   Maxwell asks the Court to release him on an Appearance Bond and to set a date to allow him to

15   self-report to the Western District of Washington to respond to allegations that he has violated

16   the conditions of probation.  For the reasons set forth below, the Court DENIES the motion.

17                              **I.  Procedural Background**

18          On October 7, 2004, defendant was charged by Complaint with two counts of wilful and

19   unlawful failure to pay child support   for a minor child who resides in another state. (Dkt. 1.) At

20   his first appearance, defendant was ordered released on an appearance bond with conditions of

21   supervision and the posting of $20,000 or an Agreement to Forfeit $20,000 equity in real property.

22   (Dkt. 4.)  A grand jury indicted defendant on December 22, 2004 and an order was entered

     ORDER DENYING MOTION FOR
     REVIEW OF DETENTION ORDER
     PAGE -1

01 continuing the conditions of release. (Dkt. 9, 10.) At defendant's arraignment, this Court inquired

02 into the reason that defendant had not yet posted bail. (Dkt. 11.) A bail review hearing was held,

03 and bail was reduced to $5,000, which was posted by the defendant. (Dkt. 13, 14.)

04         On January 24, 2005, defendant's pretrial supervisor filed a petition alleging that defendant

05 had violated the conditions of release by failing to maintain residence with his mother as required,

06 by traveling to Georgia without permission, by failing to report within 48 hours of release from

07 custody, and by further failing to report as directed. (Dkt. 19.) Defendant was arrested and taken

08 into custody.  A change of plea hearing was held on March 11, 2005, at which  the case was

09 reassigned to the undersigned Magistrate Judge and defendant pled guilty to Count II of the

10 Indictment, charging Wilful Failure to Pay Child Support, a Class B misdemeanor.  (Dkt. 26.)

11 Defendant was released on an amended appearance bond. (Dkt. 27.)

12         On August 3, 2005, defendant was sentenced to five years probation and restitution in the

13 amount of $49,276.61.  (Dkt. 32.)

14         On July 6, 2006, defendant admitted violating the conditions of probation by committing

15 the crime of communicating threats, committing the crime of possession of marijuana, failing to

16 notify the probation officer within 72 hours of being arrested or contacted by law enforcement,

17 and using marijuana. (Dkt. 36.) Defendant was sentenced to 30 days of electronic monitoring, 200

18 hours of community service, with the remaining conditions of probation remaining in effect.

19         On May 27, 2008, defendant's probation officer filed a report alleging violation of the

20 conditions of probation, and asking for the issuance of a warrant under seal.  The alleged

21 violations included failure to pay restitution, failing to submit monthly reports, the use of

22 marijuana, the failure to notify each jurisdiction where he has outstanding child support obligations

ORDER DENYING MOTION FOR
REVIEW OF DETENTION ORDER
PAGE -2

01 for the purpose of obtaining reassessment of those obligations, and being convicted of

02 Communicating Threats.  The warrant was issued by The Hon. John L. Weinberg.  (Dkt. 40.)

03      Defendant was arrested and appeared before the Hon. David C. Keesler, United States

04 Magistrate Judge,  in the Western District of North Carolina at Charlotte.  On motion of the

05 United States, Judge Keesler ordered defendant detained pending transfer to this District for

06 revocation proceedings.

07      Defendant asks this Court to review Judge Kessler's detention order.

08 **II.  Standard of Review**

09      This Court reviews the detention order of a magistrate judge de novo.  *United States v.*

10 *Koenig,* 912 F.2d 1190, 1191 (9th Cir. 1990).  If the arrest is made in a different district than the

11 charging district, the authority to review the magistrate judge's detention order resides with the

12 district court where the prosecution is pending. *United States v. Evans*, 62 F.3d 1233, 1237 (9th

13 Cir. 1995.)

14      Rule 32.1(a)(a) of the Federal Rules of Criminal Procedure provides that a defendant may

15 be released pending a revocation hearing, pursuant to 18 U.S.C. § 3143(a), which governs

16 eligibility of release pending sentence or pending notice of appeal.  That section provides for

17 release only upon a finding by clear and convincing evidence that the person is not likely to flee

18 or pose a danger to the safety of any other person or the community if released. *Id.,* § 3143(a).

19 The burden of proof is on the defendant. FRCP 32.1(a)(6)[1].

20 / / /

21

22      [1] Both the United States and the defendant incorrectly cite the standard for release pending trial.  18 U.S. C. § 3142.

ORDER DENYING MOTION FOR
REVIEW OF DETENTION ORDER
PAGE -3

01 **III. Analysis**

02    Although the United States Attorney for this District acknowledges that he did not request

03 detention in this matter, he notes that he did not take into account the danger that defendant might

04 pose to other.  The transcript of the detention hearing in the Western District of North Carolina

05 shows that Judge Keesler considered this factor.  The AUSA proffered information about alleged

06 threats of physical assault made by the defendant in front of his two young children, one of which

07 was a six month baby in his mother's arms.  The court considered information from a 2000

08 presentence report in which the defendant pled no contest to another physical assault. Although

09 the individual was present in court and told the court that she did not feel she was in any danger,

10 she also admitted to a more recent incident in which she sought a protective order.  The judge

11 found that the proffered information did not rebut the presumption of risk of danger or

12 nonappearance.  In so finding, the judge noted the defendant's prior criminal record which includes

13 a weapons charge, multiple assault and battery charges, together with aggravated stalking charges,

14 and a family violence charge from 2004 in which the victim allegedly attempted to escape several

15 times during the day but the defendant caught her and assaulted her, giving a false name when

16 arrested.

17    The defendant has not established by clear and convincing evidence that he does not pose

18 a danger to any person or to the community.  The defendant has demonstrated on numerous

19 occasions his propensity to disregard court orders.  He is alleged to have threatened the mother

20 of two of his children in their presence.  His prior criminal record includes crimes of violence.

21 **IV. Conclusion**

22    Considering the evidence on a de novo basis, this Court finds that the defendant should be

ORDER DENYING MOTION FOR
REVIEW OF DETENTION ORDER
PAGE -4

01 detained pending transfer to this District to address pending allegations that he violated the

02 conditions of probation.

03        DATED this <u>16th</u> day of June, 2008.

04

05                                          _____
                                            Mary Alice Theiler
                                            United States Magistrate Judge
06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING MOTION FOR
REVIEW OF DETENTION ORDER
PAGE -5